UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HOPE LEE ESPOSITO,<br><br>    Plaintiff(s),<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>    Defendant(s). | Case No. 2:25-cv-00588-MMD-NJK<br><br>**Order** |

Defendant filed an answer prior to removal. Docket No. 1-1 at 24. To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).[1] A joint discovery plan must be filed by May 29, 2025.

IT IS SO ORDERED.

Dated: May 19, 2025

                                                                           Nancy J. Koppe<br>
                                                                           United States Magistrate Judge

---

[1] The Court expresses no opinion herein as to whether the case will be remanded pursuant to the pending order to show cause. *See* Docket No. 9. The pendency of the remand issue is not grounds to delay discovery. *E.g.*, *Flynn v. Nev.*, 345 F.R.D. 338, 345 (D. Nev. Jan. 3, 2024) (quoting *Grammer v. Colo. Hosp. Ass'n Shred Servs., Inc.*, 2015 WL 3938406, at *2 (D. Nev. June 26, 2015)).

1