# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HOPE LEE ESPOSITO,<br><br>    Plaintiff(s),<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>    Defendant(s). | Case No. 2:25-cv-00588-MMD-NJK<br><br>**Scheduling Order**<br><br>[Docket No. 15] |

    Pending before the Court is a joint proposed discovery plan seeking special scheduling review. Docket No. 15. The presumptively reasonable discovery period is 180 days measured from a defendant's first appearance. Local Rule 26-1(b)(1). The parties seek an elongated discovery cutoff measured at 193 days from the Rule 26(f) conference.[1] Docket No. 15 at 2. In support of that request, the parties point to issuance of an order to show cause for remand. *See id.* The pendency of remand issues does not warrant a delay in discovery. *Cf. Grammer v. Colo. Hosp. Ass'n Shared Servs., Inc.*, 2015 WL 3938406, at *2 (D. Nev. June 26, 2015).[2] No other explanation is provided to justify special scheduling review.

    Accordingly, the Court **DENIES** the joint proposed discovery plan. Case management deadlines will be entered pursuant to the default schedule as measured from the date of removal:

- Initial disclosures: June 6, 2025

---

[1] The discovery plan indicates that the parties want a discovery cutoff that is 270 days after the Rule 26(f) conference. Docket No. 15 at 2. Counsel's math is wrong. The discovery cutoff proposed (December 2, 2025) is 193 days after the Rule 26(f) conference (held on May 23, 2025).

[2] Although unclear, it appears that the discovery plan may be indicating that counsel devoted their time to briefing the remand order to show cause, so discovery was somehow delayed by their diversion of attention. *See* Docket No. 15 at 2. Attorneys are expected to walk and chew gum at the same time. Even aside from that, however, the responses to the order to show cause are just a few lines long. *See* Docket Nos. 10-11.

- Amend pleadings/ add parties: July 7, 2025[3]
- Initial experts: July 31, 2025
- Rebuttal experts: August 29, 2025
- Discovery cutoff: September 29, 2025
- Dispositive motions: October 29, 2025
- Joint proposed pretrial order: December 1, 2025, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: May 30, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

---

[3] Because the discovery plan was filed in an untimely fashion, *see* Docket No. 13, the deadline to amend or add parties is currently about 30 days off. The Court has modified that deadline slightly to afford a little more breathing room.