# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Hope Lee Esposito,<br>　　　Plaintiff(s),<br>v.<br>Costco Wholesale Corporation,<br>　　　Defendant(s). | Case No. 2:25-cv-00588-MMD-NJK<br>**Order**<br>[Docket Nos. 27, 29] |

Pending before the Court is a third stipulation to extend case management deadlines, Docket No. 27, as well as an amended version, Docket No. 29. Although a robust showing of good cause has not been made, the Court will allow the extension sought. Counsel must take all reasonable steps to complete discovery as the Court is not inclined to allow further extensions of the discovery cutoff. With that caveat, the Court **GRANTS** the amended stipulation to extend, Docket No. 29. The Court **RESETS** case management deadlines as follows:

- Amend pleadings/add parties: closed
- Initial experts: closed
- Rebuttal experts: closed
- Discovery cutoff: February 27, 2026
- Dispositive motions: March 31, 2026
- Joint proposed pretrial order: May 1, 2026, or 30 days after resolution of dispositive motions

The Court **DENIES** as moot the prior stipulation, Docket No. 27, and **VACATES** the hearing set on that stipulation.

IT IS SO ORDERED.

Dated: December 9, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge