**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**ERNEST MP MORAN, ESQ.**
Nevada Bar No. 10934
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2340 W. Horizon Ridge Parkway, Suite 100
Henderson, Nevada 89052
Telephone: (702) 477-7774
Facsimile:  (702) 477-7778
ranalliservice@ranallilawyers.com
Attorney for Defendant,
COSTCO WHOLESALE CORPORATION

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HOPE LEE ESPOSITO, an individual, | ) |
| | ) |
| Plaintiff, | )   CASE NO.:  2:25-cv-00588-MMD-NJK |
| | ) |
| vs. | ) |
| | ) |
| COSTCO WHOLESALE CORPORATION, | ) |
| a foreign corporation; DOES I through X; | ) |
| and ROE ENTITIES I through X, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF DISASSOCIATION OF COUNSEL

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL:

PLEASE TAKE NOTICE that attorney ROBERT N. EATON, ESQ., is no longer with RANALLI ZANIEL FOWLER & MORAN, LLC, and no longer counsel of record for Defendant, COSTCO WHOLESALE CORPORATION, in the above captioned matter.  Please remove Robert N. Eaton, Esq. from your service list for this case.

.  .  .

.  .  .

.  .  .

1

George M. Ranalli, Esq. of RANALLI ZANIEL FOWLER & MORAN, LLC will continue to serve as counsel for  Defendant COSTCO WHOLESALE CORPORATION.

DATED this 2nd day of June, 2026.

**RANALLI ZANIEL FOWLER & MORAN, LLC**

*/s/ George M. Ranalli*

_____

**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**ERNEST MP MORAN, ESQ.**
Nevada Bar No. 10934
2340 W. Horizon Ridge Parkway, Suite 100
Henderson, Nevada 89052
Attorney for Defendant,
*COSTCO WHOLESALE CORPORATION*

IT IS SO ORDERED.
Dated:  June 2, 2026
.
.

_____
Nancy J. Koppe
United States Magistrate Judge

RANALLI ZANIEL FOWLER & MORAN, LLC
2340 W. HORIZON RIDGE PARKWAY, SUITE 100
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778