DAVID A. TANNER, Esq.
Nevada Bar No. 8282
KEVIN P. KING, ESQ.
Nevada Bar No. 7405
**TANNER LAW FIRM**
7895 W. Sunset Road, Suite 115
Las Vegas, NV 89113
Telephone (702) 987-8888
Facsimile (702) 410-8070
david@tannerlawfirm.com
kevin@tannerlawfirm.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HOPE LEE ESPOSITO, an individual, | ) CASE NO.: 2:25-cv-00588-MMD-NJK |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF DISASSOCIATION OF** |
| | ) **COUNSEL** |
| COSTCO WHOLESALE CORPORATION, a foreign corporation; DOES I through X; and ROE ENTITIES I through X, | ) |
| Defendants | ) |

## NOTICE OF DISASSOCIATION OF COUNSEL

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL:

PLEASE TAKE NOTICE that attorney JEFFREY C. GUNN, ESQ., is no longer with TANNER LAW FIRM, and no longer counsel of record for Plaintiff, HOPE LEE ESPOSITO, in the above captioned matter. Please remove Jeffrey C. Gunn, Esq. from your service list for this case.

1

David A. Tanner, Esq. and Kevin P. King, Esq. of TANNER LAW FIRM will continue to serve as counsel for Plaintiff HOPE LEE ESPOSITO.

Dated this 3 date of June, 2026

By: _____
DAVID A. TANNER, Esq.
Nevada Bar No. 8282
KEVIN P. KING, ESQ.
Nevada Bar No. 7405
**TANNER LAW FIRM**
7895 W. Sunset Road, Suite 115
Las Vegas, NV 89113
Telephone (702) 987-8888
Facsimile (702) 410-8070
david@tannerlawfirm.com
kevin@tannerlawfirm.com
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**
DATED:    June 5, 2026

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

2