BYRON L. AMES, ESQ. (#7581)
BRIAN A. MORRIS, ESQ. (#11217)
**STONE KALFUS LLP**
8965 S. Eastern Ave., Ste 260
Las Vegas, NV 89123
Telephone: (702) 800-5413
Facsimile: (877) 736-2601
byron.ames@stonekalfus.com
brian.morris@stonekalfus.com
*Attorney for Defendant,*
*COSTCO WHOLESALE CORPORATION*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| HOPE LEE ESPOSITO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a foreign corporation; DOES I through X; and ROE ENTITIES I through X,<br><br>Defendants. | CASE NO.: 2:25-cv-00588-MMD-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE CALENDAR CALL AND TRIAL** |

IT IS HEREBY STIPULATED by and between Plaintiff Hope Lee Esposito and Defendant Costco Wholesale Corporation, by and through their undersigned counsel of record, as follows:

1. On May 5, 2026, the Court entered its Order Regarding Trial in Civil Cases, setting this matter on the trial stack commencing November 3, 2026, and setting Calendar Call for October 13, 2026.
2. The parties have scheduled a private mediation for October 9, 2026.
3. The parties jointly request a brief continuance to permit a meaningful mediation before the parties incur further trial-preparation and expert-related expense, while preserving the parties' ability to proceed promptly to trial if mediation does not resolve the action.

4. The parties respectfully request that the Court continue the October 13, 2026 Calendar Call and the November 3, 2026 trial stack.

5. The parties further request that the Court reset the trial stack for a date no sooner than December 3, 2026, with a corresponding Calendar Call.

6. This request is made in good faith and not for purposes of delay. The parties will promptly notify the Court if the matter resolves at mediation.

ACCORDINGLY, the parties respectfully request that the Court approve this Stipulation and enter the proposed Order below.

DATED this 15th day of September, 2026.

**STONE KALFUS LLP**

*<u>/s/ Brian A. Morris</u>*
BYRON L. AMES, ESQ.
BRIAN A. MORRIS, ESQ.
8965 S. Eastern Ave., Ste 260
Las Vegas, NV 89123
*Attorney for Defendant,*
*COSTCO WHOLESALE CORPORATION*

DATED this 15th day of September, 2026.

**TANNER LAW FIRM**

*<u>/s/ David A. Tanner</u>*
DAVID A. TANNER, ESQ.
KEVIN P. KING, ESQ.
7895 West Sunset Road, Suite 115
Las Vegas, NV 89113
*Attorney for Plaintiff*

**ORDER**

IT IS HEREBY ORDERED that the parties' Stipulation to Continue Calendar Call and Trial is GRANTED.

IT IS FURTHER ORDERED that the October 13, 2026 Calendar Call is CONTINUED to July 6, 2027 at 9:00 a.m.. in Reno Courtroom 5.

IT IS FURTHER ORDERED that the November 3, 2026 trial stack is CONTINUED to commence on July 27, 2027 at 9:00 a.m.. in Reno Courtroom 5.

IT IS FURTHER ORDERED that the parties will promptly notify the Court should this matter resolve at the October 9, 2026 mediation.

IT IS SO ORDERED.

JUDGE MIRANDA M. DU
DATED this 16th day of September, 2026.

Respectfully submitted by:

**STONE KALFUS LLP**

*/s/ Brian A. Morris*
BYRON L. AMES, ESQ.
BRIAN A. MORRIS, ESQ.
8965 S. Eastern Avenue, Suite 260
Las Vegas, NV 89123
*Attorneys for Defendant*